1  SUSAN L. KAMLET (SBN 212595)
   LAW OFFICES OF SUSAN KAMLET

2  3923 Grand Avenue
   Oakland, California 94610
3  Tel: (510) 903 5483
   Fax: (510) 658 1886
4  Email: susan_kamlet@yahoo.com

5  Attorney for Mariam Kamara

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | **Civil No. 05-01786 SC** |
| ) | |
| ) | |
| **MARIAM KAMARA,** ) | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **WALGREENS, INC.; RONNY CHIU; DENNIS BROWN, DOES 1-100,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

The parties, through their undersigned counsel, HEREBY STIPULATE AND REQUEST that the case management conference in this matter, currently scheduled for September 2, 2005, and the hearing on Plaintiff's Motion For Order Remanding Case To State Court And Awarding Costs And Attorneys Fees, currently scheduled for September 9, 2005, be continued to **September 30, 2005 at 10:00 a.m.**

The reasons underlying this stipulation and request are as follows:

Defendants' counsel will be unavailable on the date currently noticed for the hearing on

1  the motion.  A  continuance of both the motion hearing and the case management conference to

2  September 30, 2005 will ensure that both trial counsel can be present and will conserve the

3  resources of both the Court and the parties.

4

5                                                                                      BERRY & BLOCK

6

7  DATED:___8/8/05_____           _____/s_____
                                                                                REX DARRELL BERRY
8                                                                                       Attorney for Defendants

9
                                                                                        LAW OFFICES OF SUSAN KAMLET
10

11

12  DATED: _____8/8/05_____         _____/s_____
                                                                                SUSAN L. KAMLET
13                                                                                      Attorney for Plaintiff

14

15  **APPROVED AND SO ORDERED.**

16

17  DATED: _____8/10/05_____

18                                                                                      _____
                                                                                        SAM
                                                                                        United...
                                                                                        Judge Samuel Conti
19

20

21

22

23

24

25

26

27

28