UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIAM KAMARA

                        Plaintiff(s),

v.

WALGREENS, INC.; RONNY CHIU;
DENNIS BROWN, DOES 1-100

                        Defendant(s).
_____/

CASE NO. C 05-01786 SC

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✔    Private ADR (*please identify process and provider*)   Mediation through a private service, such as JAMS

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✔    other requested deadline   Following the close of discovery

Dated: 8/12/05          /s/ SUSAN L. KAMLET
                                  Attorney for Plaintiff

Dated: 8/12/05          /s/ REX DARRELL BERRY
                                  Attorney for Defendant

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti — signed 8/16/05]